# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Gainesville Division

In Re: **Lexicon Hospitality Investments, LLC**

Debtor

Case No.: **25–21736–jrs**

Chapter: **7**

## Order Regarding The List Of Creditors For An Electronically Filed Case

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms". Local Rule 5005–1(j) lists the specific requirements for filing this list of creditors with this Court.

In addition, the Court's reference materials regarding electronic filing also require this list of creditors to be uploaded at the time the voluntary petition is docketed.

As referenced below, one or more of these requirements were not met when the petition was filed.

– The list of creditors filed with the Court does not comply with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure in that the list does not contain the complete name and address of each entity.

It is **ORDERED** that failure to cure any and all deficiencies shown above on or before 12/10/25 may result in dismissal of this case. As a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: December 3, 2025

James R. Sacca
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Gainesville Division**
**Room 120 Federal Building**
**121 Spring Street, SE**
**Gainesville, GA 30501**

Form 313b