# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Gainesville Division

| | | |
|---|---|---|
| In Re: | **Lexicon Hospitality Investments, LLC** | Case No.: **25−21736−jrs** |
| | | Chapter: **7** |
| | Debtor | |

## Order Regarding The List Of Creditors
## For An Electronically Filed Case

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms". Local Rule 5005−1(j) lists the specific requirements for filing this list of creditors with this Court.

In addition, the Court's reference materials regarding electronic filing also require this list of creditors to be uploaded at the time the voluntary petition is docketed.

As referenced below, one or more of these requirements were not met when the petition was filed.

− The list of creditors filed with the Court does not comply with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure in that the list does not contain the complete name and address of each entity.

It is **ORDERED** that failure to cure any and all deficiencies shown above on or before 12/10/25 may result in dismissal of this case. As a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: December 3, 2025

*James R. Sacca*

James R. Sacca
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Gainesville Division**
**Room 120 Federal Building**
**121 Spring Street, SE**
**Gainesville, GA 30501**

Form 313b

United States Bankruptcy Court
Northern District of Georgia

In re:     Case No. 25-21736-jrs
Lexicon Hospitality Investments, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-8     User: bncadmin     Page 1 of 1
Date Rcvd: Dec 03, 2025     Form ID: 313b     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lexicon Hospitality Investments, LLC, 3920 Trammel Drive, Cumming, GA 30041-6925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R Keck | on behalf of Debtor Lexicon Hospitality Investments  LLC bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Bradley J. Patten | bpatten@sgwmfirm.com  bpatten@ecf.axosfs.com;akinnett@sgwmfirm.com |
| Jonathan D Clements | on behalf of Debtor Lexicon Hospitality Investments  LLC jclements@kecklegal.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4