PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Lexicon Hospitality Investments, LLC

Case No.: 25-21736     Chapter: 7

**Change of Address for:**
Debtor ☐   Creditor ☐   Attorney for Debtor ✔   Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐   Payments ONLY ☐   Notices and Payments ✔

EFFECTIVE DATE OF CHANGE: 12/8/2025

Name: D.B.

Prior Address: _____

***************************************************************************

New Address: 563 Spring Street, N.W.
Atlanta, GA 30308

Change of Address Was Furnished By:   Debtor ☐   Creditor ☐   Attorney ✔

Date: 12/8/2025     Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

**IF FILED BY ATTORNEY**

Attorney Name: Benjamin Keck

Bar ID: 943504
Address: 2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012