PLEASE TYPE OR PRINT

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: Lexicon Hospitality Investments, LLC

Case No.: 25-21736    Chapter: 7

**Change of Address for**:
Debtor ☐  Creditor ☐  Attorney for Debtor ✔  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ✔

EFFECTIVE DATE OF CHANGE:    12/8/2025

Name:    J.S.

Prior Address:

****************************************************************************

New Address:    563 Spring Street, N.W.
Atlanta, GA 30308

Change of Address Was Furnished By:    Debtor ☐    Creditor ☐    Attorney ✔

Date: 12/8/2025    Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

**IF FILED BY ATTORNEY**

Attorney Name:    Benjamin Keck

Bar ID:    943504
Address:    2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012