PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Lexicon Hospitality Investments, LLC

Case No.: 25-21736        Chapter: 7

**Change of Address for**:
Debtor ☐  Creditor ☐  Attorney for Debtor ✔  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ✔

EFFECTIVE DATE OF CHANGE: 12/8/2025

Name: Michal Rosberry & W.K. & J.T.

Prior Address: _____

**************************************************************************

New Address: c/o Andersen, Tate & Carr, P.C.
1960 Satellite Blvd, Suite 4000
Duluth, GA 30097

Change of Address Was Furnished By:  Debtor ☐   Creditor ☐   Attorney ✔

Date: 12/8/2025        Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

### IF FILED BY ATTORNEY

Attorney Name: Benjamin Keck

Bar ID: 943504
Address: 2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012